IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |

This Document Relates to:

Daniel Gordon Lowie
          Plaintiff,
              vs.

Aqua-Chem, Inc.
    *(d/b/a Cleaver-Brooks Division);*
Borg-Warner Morse TEC, Inc.;
CertainTeed Corporation;
A.W. Chesterton Company;
Fluor Daniel, Inc.;
Fluor Daniel Services Corporation;
General Refractories Company;
Georgia Pacific Corporation;
National Service Industries, Inc.;
Rapid-American Corporation
    *(successor by merger to Glen Alden Corporation,*
    *Briggs Manufacturing Company, Philip Carey*
    *Corporation and Philip Carey Manufacturing*
    *Company)*;
Union Carbide Corporation;
Viacom, Inc.
    *(successor by merger to CBS Corporation f/k/a*
    *Westinghouse Electric Corporation),*

          Defendants

DISTRICT OF SOUTH CAROLINA

Civil Action No. _____

**COMPLAINT**

Plaintiff hereby adopts and incorporates Plaintiffs' Master Long Form Complaint in Re: Asbestos Litigation in the United States District Court for the Eastern District of Pennsylvania, filed as Miscellaneous No. 86-0457. Pursuant to the August 20, 1986, Order of Honorable James T. Giles, the following short-form Complaint is utilized in this asbestos action:

1.    Daniel Gordon Lowie, The Injured Plaintiff ("plaintiff-worker").    Plaintiff 's Address, Social Security Number, and Date of Birth information is available upon request.

2.    The Court has jurisdiction of this matter pursuant to the Multidistrict Litigation Order dated July 29, 1991, Civil Action No. MDL 875.  Moreover, the Plaintiff is a citizen of the State of North Carolina and no defendant is a citizen or has a principal place of business in the State of North Carolina.  Further, the amount in controversy, exclusive of interest and costs, exceeds $100,000.00.

3.    The Defendants are those companies listed in the caption.

4.    Plaintiff hereby incorporates by reference the following counts from the Master Long-Form Complaint:  Counts I, II, III, IV and V.

5.    Plaintiff-worker's asbestos employment history, including, to the extent possible at this time, the asbestos products to which plaintiff-worker was exposed is attached hereto as Schedule I.

6.    Plaintiff-worker was diagnosed with asbestosis by David A. Schwartz, M.D. on March 29, 2005.

7.    Plaintiff certifies that they have not been a party to any related third-party asbestos litigation.

8.    Plaintiff hereby demands a trial by jury on all issues of fact.

Respectfully submitted,


WALLACE AND GRAHAM, P.A.


By:    s/Mona Lisa Wallace
       S.C. Bar No.:  07216
       Attorney for Plaintiff
       WALLACE & GRAHAM, P.A.
       525 North Main Street
       Salisbury, North Carolina  28144
       Tel. No. (704) 633-5244
       Fax:  (704) 633-9434
       E-Mail:  mwallace@wallacegraham.com


Date:  _2/20/08_

SCHEDULE I
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information


OCCUPATION:

Pipe Fitter, Maintenance Tech, Material Handler
Cement & Carpenter Helper
Machine Operator

| EMPLOYER/WORKSITE: | APPROXIMATE DATES: |
|---|---|
| Duke Energy – Oconee | 1970 – 2002 |
| Daniel Construction – Chemstrand-Greenwood, SC | 1966 – 1970 |
| J.P. Stevens – Seneca, SC | 1965 - 1966 |


RELATED ASBESTOS LITIGATION:

None

SMOKING HISTORY:

3 ppd.   1961 - 1984

PRODUCTS CONTAINING ASBESTOS:

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS:

None

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DEFENDANTS LIST**

Aqua-Chem, Inc., d/b/a Cleaver-Brooks Division
7800 North 113th Street
Milwaukee, WI  53224-3136

Borg-Warner Morse TEC, Inc.
3850 Hamlin Road
Auburn Hills, MI  48326

CertainTeed Corporation
CT Corporation System
225 Hillsborough Street
Raleigh, NC  27603

A.W. Chesterton Company
PO Box 4004
Woburn, WA  01888-4004

Fluor Daniel, Inc.
National Registered Agents, Inc.
120 Penmarc Drive, Suite 118
Raleigh, NC  27603

Fluor Daniel Services Corporation
National Registered Agents, Inc.
120 Penmarc Drive, Suite 118
Raleigh, NC  27603

General Refractories Company
225 City Avenue, Suite 114
Bala Cynwyd, PA  19004

Georgia Pacific Corporation
CT Corporation System
75 Beattie Place
Greenville, SC  29601

National Service Industries, Inc.
Corporation Service Company
327 Hillsborough Street
Raleigh, NC  27603

Rapid-American Corporation
Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE  19808-1645

Union Carbide Corporation.
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Viacom, Inc.
Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE  19808-1645